UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERGES EID ATA GERGES,

               Petitioner,

       v.

ERNESTO SANTACRUZ JR., et al.,

               Respondents.

Case No. 5:26-cv-02075-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition (ECF 1) is GRANTED and Petitioner is ordered to be immediately released from the custody of Immigration and Customs Enforcement upon appropriate conditions of release.

DATED: May 7, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE